IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

        Plaintiff,                    No. CIV S-09-2133 DAD P

    vs.

C. PLESSAS, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 or filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

        Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. Plaintiff shall submit, within thirty days from the date of this order, either the
$350.00 filing fee or a properly completed application to proceed in forma pauperis on the form
provided with this order; plaintiff is cautioned that failure to comply with this order or seek an
extension of time to do so will result in a recommendation that this action be dismissed without
prejudice; and

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed
In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: October 5, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
jone2133.3a