1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MALIK JONES,

11              Plaintiff,                    No. 2:09-cv-2133 FCD KJN P

12         vs.

13   C. PLESSAS, el al.,

14              Defendants.              ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding without counsel.  Plaintiff seeks relief

17   pursuant to 42 U.S.C. § 1983.

18              On April 6, 2010, plaintiff filed a motion requesting the court to order service of

19   process on defendants.  Dkt. No. 11.  However, on March 29, 2010, plaintiff's complaint was

20   dismissed with leave to amend.  Dkt. No. 8.  Service is not appropriate until plaintiff files an

21   amended complaint that contains cognizable claims.

22   ////

23   ////

24   ////

25   ////

26   ////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's April 6, 2010 motion

2   (Dkt. No. 11) be denied.

3   DATED:  April 13, 2010

4

5

6   _____

7   KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

8   jone2133.ord

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26