IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

      Plaintiff,                 No. 2:09-cv-2133 KJM KJN P

    vs.

C. PLESSAS, et al.,

      Defendants.            ORDER

_____/

      Plaintiff, a state prisoner, has requested that this action be dismissed. Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: February 8, 2012

                                                       KENDALL J. NEWMAN
                                                       UNITED STATES MAGISTRATE JUDGE

jone2133.59a