1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MALIK JONES,

11          Plaintiff,                    No. 2:09-cv-2133 KJM KJN P

12       vs.

13   C. PLESSAS, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff, a state prisoner, has requested that this action be dismissed.

17   Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days,

18   whether they have any objection to the dismissal of this action.  Should defendants fail to

19   respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

20   DATED: February 8, 2012

21

22   _____
     KENDALL J. NEWMAN
23   UNITED STATES MAGISTRATE JUDGE

24   jone2133.59a

25

26