IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

        Plaintiff,                   No. 2:09-cv-2133 KJM KJN P

    vs.

C. PLESSAS, et al.,

        Defendants.          ORDER

                                /

        Plaintiff, a state prisoner proceeding without counsel, requested that this action be dismissed. Defendants filed a statement of non-opposition to the dismissal. Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's February 6, 2012 motion to dismiss this action is granted, and this action is dismissed.

DATED: February 13, 2012

                                                  KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE

jone2133.59